# EXHIBIT B

## COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPDEN, ss. | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

NICOLE CARTER,

*Plaintiff*,

v.

SHEIN US SERVICES, LLC,

*Defendant*.

Civil Action No. 2579CV00062

### DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT on February 24, 2025, SHEIN US Services, LLC, filed and served upon plaintiff Nicole Carter a timely Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1146, and advises the Court that this matter, previously pending in the Hampden County Superior Court of the Commonwealth of Massachusetts, has been removed to the United States District Court for the District of Massachusetts. A true and accurate copy of the Notice of Removal and Civil Action Cover Sheet that was filed with the United States District Court for the District of Massachusetts is attached hereto as Exhibit 1.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until this case is remanded."

1

Respectfully Submitted,

**SHEIN US SERVICES, LLC**

By its attorneys,

/s/ _____
Brian J. Bosworth (BBO # 685163)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2800
(617) 433-5022 (fax)
BBosworth@HuntonAK.com

Dated:  February __, 2025

2