UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE CARTER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SHEIN US SERVICES, LLC,<br><br>　　　Defendant. | Civil Action No. 25-cv-10447-MGM |

SCHEDULING ORDER

April 23, 2025

MASTROIANNI, U.S.D.J.

　　　The following schedule is entered:

1.　　Fed. R. Civ. P. 26(a)(1) disclosures related to Phase I issues shall be served by **May 2, 2025.** Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

2.　　All requests for production of documents, requests for admission, and interrogatories related to Phase I issues shall be served by **May 16, 2025.**

3.　　Any motion to amend the pleadings or join additional parties shall be filed by **May 18, 2025**.

4.　　Phase I discovery shall be completed by **July 18, 2025**.

5.　　Following Phase I discovery, a status conference will be held by telephone on **July 24, 2025 at 11:00 a.m**. At this conference, the parties should inform the court whether they intend to move for summary judgment on any Phase I issues. If they do not, the court shall set further case management deadlines.

6.　　Dispositive motions on Phase I, if any, shall be filed by **August 25, 2025**. Oppositions shall be filed by **September 25, 2025**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

2

7. If necessary, a hearing on any Phase I dispositive motion will be scheduled at the discretion of the court.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge