UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE CARTER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SHEIN US SERVICES, LLC,<br><br>    *Defendant*. | Civil Action No. 3:25-cv-10447-MGM |

**DEFENDANT'S MOTION TO COMPEL, FOR DISCOVERY SANCTIONS,
AND TO EXTEND PHASE I DISCOVERY**

Pursuant to Rule 6(b) and Rule 37(a)(3)(B)(iii)-(iv) of the Federal Rules of Civil Procedure and Local Rule 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, defendant SHEIN US Services, LLC ("Defendant") respectfully moves for an Order:

    1.    Compelling plaintiff Nicole Carter ("Plaintiff") to provide complete and non-evasive answers to Interrogatory Nos. 1, 2, 3, 4, 5, 11, 12, 13, and 14 of Defendant's First Set of Phase I Interrogatories;

    2.    Compelling Plaintiff to produce all documents responsive to Document Request Nos. 2, 3, 4, 6, 7, and 23 of Defendant's First Set of Phase I Requests for Production of Documents;

    3.    Extending the deadline of Phase I fact discovery set forth in the Court's Scheduling Order (ECF No. 13) from July 18, 2025, to September 15, 2025, in order to provide Defendant the opportunity to obtain this missing discovery;

    4.    Ordering Plaintiff to inform the Court how she became in possession of native JPG and PNG pictures files, later produced to Defendant, that show text messages sent not to Plaintiff but to a different telephone number and to a different person (Mr. Vincent Lawrence) who filed

1

his own lawsuit against Defendant three months before Plaintiff filed hers[1], and to consider additional sanctions against Plaintiffs accordingly;

     5.     Awarding Defendant its reasonable attorneys' fees and costs incurred as a result of the approximate 12 hours of drafting and filing of this Motion and supporting documents, in the approximate amount of $5,244; and

     6.     Such other relief as the Court deems just as proper.

In support of this Motion, Defendant relies on the concurrently-filed Memorandum of Law and Declaration of Brian J. Bosworth, Esq. ("Bosworth Decl.") (with Exhibits A-R thereto).

Respectfully Submitted,

**SHEIN US SERVICES, LLC**

By its attorneys,

*/s/ Brian J. Bosworth*
Brian J. Bosworth (BBO # 685163
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
(617) 648-2800
(617) 433-5022 (fax)
BBosworth@Hunton.com

Dated: July 3, 2025

---

[1] That matter, from which SHEIN was dismissed in February of 2025, remains pending in Suffolk County Superior Court. *Vincent Lawrence v. SHEIN US Services, LLC, Lexington Motors, Inc., & Sierra Club*, C.A. No. 2484CV02856 (Mass. Super. Ct.) (removed and later remanded upon dismissal of federal claims, Case No. 1:24-cv-13002-MJJ (D. Mass.)).

## CERTIFICATE PURSUANT TO LOCAL RULES 7.1(A)(2) & 37.1(A)

      I, counsel for Defendant, hereby certify that on June 11, 2025, I contacted Plaintiff Nicole Carter by email pursuant to Local Rule 7.1(a)(2) and Local Rule 37.1 to discuss Plaintiff's deficient responses and Defendant's forthcoming motion to compel and to narrow the areas of disagreement to the greatest extent possible. (Bosworth Decl. Ex. B p. 4.) Plaintiff refused my request for a meet and confer, instead asking for additional detail, which I provided by email dated June 17, 2025. (Ex. B p. 1-2; Ex. M. p. 3-4.) Later that day, Plaintiff responded that "I cant have those response by the 19th i can have by next week." (Ex. B p. 1; Ex. M. p. 3.) On June 24, 2025, Defendant's counsel requested an update on Plaintiff's amended discovery responses and supplemental document production, but Plaintiff has not responded to my outreach, which is past the seven (7) day period set forth in Local Rule 37.1(a).

                                                  */s/ Brian J. Bosworth*
                                                  Brian J. Bosworth

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of July, 2025, a true and correct copy of this document was electronically filed with the Clerk of Court through the ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") pursuant to Local Rule 5.4(c). A true and correct copy of the foregoing was also served by email and regular mail upon Plaintiff Nicole Carter at the address and email address below:

    Nicole Carter
    16 Rochelle Street
    Springfield, MA 01109
    Nicolecarter7440@gmail.com

                                                  */s/ Brian J. Bosworth*
                                                  Brian J. Bosworth