# EXHIBIT 1



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

nicole Carter <nicolecarter7440@gmail.com>                                          Wed, Jun 11, 2025 at 5:48 PM
To: "Bosworth, Brian J." <BBosworth@hunton.com>

**Subject:** Clarification Regarding Discovery and Upcoming Motion

Dear Attorney Bosworth [Last Name],

I am writing in response to your claim that my discovery responses are deficient. I respectfully request that you clarify exactly which parts you believe are deficient, as the Court's order clearly limited discovery to specific issues and your requests appear to have gone beyond those limitations.

Please note that I inadvertently omitted the signed verification pages with my prior responses. I've attached them to this message for your records.

Additionally, I will be filing a Partial Motion for Summary Judgment concerning your client's text messages sent before 8:00 AM and after 8:00 PM in violation of the Massachusetts Telemarketing Sales Act (MTSA), and before 8:00 AM and after 9:00 PM in violation of the TCPA and for not being registered in Massachusetts as a solicitor registered with the Massachusetts Office of Consumer Affairs and Business Regulation ("MOCABR") at the time they sent the text messages without an opt out message on each text as required under M.G.L. c. 159C, without so registering it violated 201 CMR 12.04 § 1, and defendants committed an Unfair and Deceptive act which is a separate per se violations of G.L. c. 93A.and engaging in deceptive trade practices under M.G.L. c. 93A.

.

For your reference, the U.S. District Court for the District of Massachusetts recently ruled that online consent forms like the one used on your client's website are invalid if they do not comply with the ESIGN Act. Specifically, in *Mantha v. Quotewizard.com, LLC*, Civil Action No. 19-12235-LTS (D. Mass. Dec. 13, 2021), the Court held that a consumer must first enter into a valid electronic records agreement under 15 U.S.C. § 7001(c) before any alleged TCPA consent can be valid. Your client's disclosure fails to meet that standard, just as the court found in *Mantha*. The coupon-based "consent" mechanism your client uses such as offering a 15% discount in exchange for a click does not satisfy the legal requirements.

Lastly, since you have not specified your objections to my discovery responses, and I've complied with the Court's limitations, I will proceed with my filings accordingly. And yes, for full transparency, I do use tools like ChatGPT to assist in drafting legal documents, which I left things on here so you won't think someone else is writing it nope https://chatgpt.com/ helps me. I will use https://chatgpt.com to write my partial summary judgment in 30 seconds I will edit it and send to you shortly and I will win the Motion for Summary Judgment also I will have https://chatgpt.com write me another set of discovery request in 5 seconds and send to you.

Please feel free to clarify your position on the discovery issues if you'd like to avoid unnecessary motion practice.

Sincerely,

Nicole Carter
[Your Full Name]
[Your Contact Information]

---

Let me know if you want this converted into a formal notice to file with the court as part of a discovery dispute or motion practice.chatgpt

[Quoted text hidden]

---

**3 attachments**


last 2 pages of Interrogortories.pdf
22K


Last page of admissions.pdf
12K


last page production of documents.pdf
11K



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**Bosworth, Brian J.** <BBosworth@hunton.com>  Tue, Jun 17, 2025 at 1:39 PM
To: nicole Carter <nicolecarter7440@gmail.com>

Ms. Carter,

I am providing you additional detail as requested. You avoided answering the majority of Defendants' discovery requests by repeatedly and incorrectly stating that the Court approved only a "narrow set of questions" for Phase I of discovery. It did not. It approved a set of *issues*. Defendant's interrogatories and document requests properly sought documents and information directly related to these issues.

Your responses to Interrogatory Nos. 1, 2, 3, 4, 5, 11, 12, 13, 14, and 17 are therefore improper, as each asked questions seeking information related to Phase I issues. Interrogatory No. 5, for example, which asked you to identify the text messages sent by you to SHEIN, is directly relevant to "whether the text messages were unsolicited" and "whether Plaintiff consented to receive text message from Defendant, including whether consent was ever revoked." The substance of the texts sent by you to SHEIN are in fact the critical information for this issue. Your responses to Document Request No. 6, 7, 8, and 9 are likewise deficient, as the requests plainly seek documents that center on Phase I issues. Your refusal to produce text messages from you to SHEIN, in response to Request No. 7, is again particularly egregious, as you are well aware that Defendant alleges that such messages contain your consent to receive messages from Defendant. Finally, you failed to respond to Defendant's Requests for Admissions within 30 days; therefore, all requests therein have already been deemed admitted. For the sake of completeness, your responses to Requests for Admission No. 1, 2, 3, 8, 9, 13, and 14 are deficient for the same reasons.

Please provide updated responses to Defendant's interrogatories and document requests. Since your deposition is this **Friday, June 20, 2025** (deposition notice attached again for your convenience), I ask that updated responses be served no later than **Thursday, June 19**. Should you continue to evade your discovery obligations, Defendant will file a motion to compel with the Court at once.

Given events to date, <u>please confirm that you will be in attendance at your deposition on Friday</u>.

Regards,

Brian



Brian J. Bosworth

Senior Attorney

bbosworth@HuntonAK.com

p 617.648.2748

bio | vCard

Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109

HuntonAK.com

**From:** nicole Carter <nicolecarter7440@gmail.com>
**Sent:** Wednesday, June 11, 2025 5:48 PM
**To:** Bosworth, Brian J. <BBosworth@hunton.com>
**Subject:** Re: Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

[Quoted text hidden]

📄 **2025-04-30 Defendant's Notice of Deposition of Plaintiff.pdf**
95K

 Gmail                                                                       nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**nicole Carter** <nicolecarter7440@gmail.com>                                                   Tue, Jun 17, 2025 at 3:43 PM
To: "Bosworth, Brian J." <BBosworth@hunton.com>

I will attend deposition but i am still editing my summary judgment Chatgpt created for me I just need to create my affidavit and Statements of Facts you will receive by the 19th, I cant have those response by the 19th i can have by next week This Summary Judgment has taken me almost 10 days thank God for Chatgpt A i , Let me know ahead of time if you need to reschedule deposition.

[Quoted text hidden]



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**Bosworth, Brian J.** <BBosworth@hunton.com>  Wed, Jun 18, 2025 at 12:04 PM
To: nicole Carter <nicolecarter7440@gmail.com>

Please note that per Local Rule 7.1(a)(2): "No motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the issue." I can be available on Friday for this telephonic conference.



**Brian J. Bosworth**

Senior Attorney

bbosworth@HuntonAK.com

p  617.648.2748

bio | vCard

Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109

HuntonAK.com

**From:** nicole Carter <nicolecarter7440@gmail.com>
**Sent:** Wednesday, June 18, 2025 11:56 AM
**To:** Bosworth, Brian J. <BBosworth@hunton.com>
**Subject:** Re: Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

[Quoted text hidden]



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

nicole Carter <nicolecarter7440@gmail.com>  Wed, Jun 18, 2025 at 11:56 AM
To: "Bosworth, Brian J." <BBosworth@hunton.com>

OK, well I am sending out the Partial Motion for Summary Judgment tomorrow , I am just have https://chatgpt.com go over the memo and references ,

[Quoted text hidden]

📄 **1 PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT.pdf**
170K



nicole Carter <nicolecarter7440@gmail.com>

---

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**Bosworth, Brian J.** <BBosworth@hunton.com>  Thu, Jun 19, 2025 at 12:47 PM
To: nicole Carter <nicolecarter7440@gmail.com>

Please let me know when you are available tomorrow for the meet and confer conference.



**Brian J. Bosworth**

Senior Attorney

bbosworth@HuntonAK.com

p  617.648.2748

bio | vCard

Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109

HuntonAK.com

**From:** nicole Carter <nicolecarter7440@gmail.com>
**Sent:** Wednesday, June 18, 2025 1:52 PM
**To:** Bosworth, Brian J. <BBosworth@hunton.com>
**Subject:** Re: Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

[Quoted text hidden]



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**nicole Carter** <nicolecarter7440@gmail.com>  Wed, Jun 18, 2025 at 1:52 PM
To: "Bosworth, Brian J." <BBosworth@hunton.com>

Dear Attorney,

I am writing to meet and confer regarding my forthcoming Motion for Summary Judgment. If your client is interested in resolving this matter through settlement, I am open to having that discussion. Otherwise, the motion will proceed, and the Court will ultimately determine the outcome.

Please let me know whether the defendant is willing to engage in settlement discussions or if I should move forward with filing the motion.

Thank you, I Love ChatGpt

[Quoted text hidden]



nicole Carter <nicolecarter7440@gmail.com>

# Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)

**Bosworth, Brian J.** <BBosworth@hunton.com>  Wed, Jun 18, 2025 at 11:31 AM
To: nicole Carter <nicolecarter7440@gmail.com>

Ms. Carter,

Yes, I believe it therefore makes sense to reschedule your deposition. It will not go forward on Friday. I will propose a new date after receiving your supplemental responses and production.

Thank you,

Brian



| **Brian J. Bosworth**

Senior Attorney

bbosworth@HuntonAK.com

p  617.648.2748

bio | vCard

Hunton Andrews Kurth LLP
60 State Street, Suite 2400
Boston, MA 02109

HuntonAK.com

**From:** nicole Carter <nicolecarter7440@gmail.com>
**Sent:** Tuesday, June 17, 2025 3:44 PM
**To:** Bosworth, Brian J. <BBosworth@hunton.com>
**Subject:** Re: Nicole Carter v. SHEIN US Services, LLC, Civil Action No. 3:25-cv-10447-MGM (D. Mass.)