# EXHIBIT 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

NICOLE CARTER,

            **Plaintiff,**

v.

SHEIN US SERVISE LLC,

            **Defendant,**

Civil Action No. 3:25-cv-10447-MGM

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF PHASE I INTERROGATORIES

**INTERROGATORY NO. 1:** Identify the date that You were assigned the Telephone Number (413-883-5580).

**RESPONSE NO. 1:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller

identification services or devices.

**INTERROGATORY NO. 2:** Identify any time period(s) from February 15, 2021, through February 15, 2025, during which the Telephone Number (413-883-5580) was not assigned to You.

**RESPONSE NO. 2:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 3:** Identify and describe by date, time, and content all text messages and calls sent from SHEIN to You from February 15, 2021, through February 15, 2025.

**RESPONSE NO. 3:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff

consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 4:** Of those text messages or calls identified by You in response to Interrogatory No. 3, identify all those which You allege were made in violation of the TCPA, MTSA, and/or Chapter 93A.

**RESPONSE NO. 4:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 5:** Identify and describe by date, time, and content all text messages and/or calls sent by You to SHEIN from February 15, 2021, through February 15, 2025.

**RESPONSE NO. 5:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one

goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 6:** Identify all text messages or calls to SHEIN through which You allege You revoked consent to receive text messages or calls from SHEIN.

**RESPONSE NO. 6:** Plaintiff contends no valid consent was ever given and therefore no revocation was necessary. To the extent any consent was inferred from interaction with SHEIN's website, it was not compliant with 15 U.S.C. § 7001(c), 47 C.F.R. § 64.1200(f)(9), or MTSA.

**INTERROGATORY NO. 7:** State the factual basis for your claims that SHEIN circumvented Your use of caller identification services or devices and identify any documents or individuals with knowledge of that information.

**RESPONSE NO. 7:** Shein used a short code instead of a telephone number to display on my caller I.D 86599 this is not a telephone number. See Attched

**INTERROGATORY NO. 8:** State the factual basis for your claims that SHEIN falsified and displaced caller identification and identify any documents or individuals with knowledge of that information.

**RESPONSE NO. 8:** Shein used a short code instead of a telephone number to display on my caller I.D 86599 this is not a telephone number. See attched

**INTERROGATORY NO. 9:** Identify the effective date the Telephone Number (413-883-5580) was registered on the Massachusetts Do Not Call List.

**RESPONSE NO. 9 :** January 1, 2025, my Telephone Number (413-883-5580) was on the Massachusetts Do Not Call List. See attached National DNC Registry

**INTERROGATORY NO. 10:** Identify the effective date the Telephone Number (413-883-5580) was registered on the National Do Not Call Registry.

**RESPONSE NO. 10:** January 31, 2025See attached Nation DNC Registry

**INTERROGATORY NO. 11:** Identify any time period(s) from February 15, 2021, through February 15, 2025, during which the Telephone Number (413-883-5580) was not registered on the Massachusetts Do Not Call List.

**RESPONSE NO. 11:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one

goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 12:** Identify any time period(s) from February 15, 2021, through February 15, 2025, during which the Telephone Number (413-883-5580) was not registered on the National Do Not Call Registry.

**RESPONSE NO. 12:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 13:** Of those text messages or calls identified in Interrogatory No. 3, identify those which were sent during the time the number was not registered on the National Do

Not Call Registry.

**RESPONSE NO. 13:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 14:** Identify those which were sent while the number was not registered on the Massachusetts Do Not Call List.

**RESPONSE NO. 14:** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 15:** Identify all accounts (by holder, number, and registration date) You have had with SHEIN.

**RESPONSE NO. 15:** Plaintiff has no accounts (by holder, number, and registration date) with SHEIN. I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 16:** Identify (by date and general subject matter) all purchases You made from SHEIN from February 15, 2019, through February 15, 2025.

**RESPONSE NO. 16:** Plaintiff made no purchases with Shein. I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4)

whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 17:** State the reason why You never texted "STOP" to SHEIN.

**RESPONSE NO. 17:** Plaintiff did not believe "STOP" was required to revoke consent that was never validly granted. Moreover, many of the messages did not include opt-out instructions in violation of the TCPA and MTSA.

I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**INTERROGATORY NO. 18:** Identify any individual with knowledge of the factual basis for your claims.

**RESPONSE NO. 18:** Me Nicole Carter

Nicole Carter                    June 9, 2025
16 Rochelle Street

Springfield, MA 01109

Nicolecarter7440@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th a true and correct copy of this document was served by email upon defendants attorney at the email address below:

Brian J. Bosworth

HUNTON ANDREWS KURTH LLP

60 State Street, Suite 2400

Boston, MA 02109

(617) 648-2800

(617) 433-5022 (fax)

BBosworth@HuntonAK.com

## VERIFICATION

I, **Nicole Carter,** hereby certify under the pains and penalties of perjury that I have read the foregoing responses to Defendants' Interrogatories, and to the best of my knowledge, information, and belief, the responses are true and complete.

Signed under the pains and penalties of perjury this 9th day of June 2025.

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

NICOLE CARTER,

               **Plaintiff,**

**v.**

**SHEIN US SERVISE LLC,**

               **Defendant,**

Civil Action No. 3:25-cv-10447-MGM

**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF PHASE I REQUESTS**

**FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 1:** Documents sufficient to confirm Your residence in Springfield, Massachusetts.

**RESPONSE NO. 1:**

**Objection.** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. Where I live has nothing to do with the claims in this case, which are about illegal text messages sent to me.

**REQUEST NO. 2:** Documents sufficient to prove that the Telephone Number (413-883-5580) belongs to and is assigned to you.

1

**RESPONSE NO. 2::** I object to this request because it's not relevant, it doesn't fit the limited

discovery allowed by the Court. The judge only approved a narrow set of questions, and this one

goes beyond that. In my Verified complaint I stated that the telephone number was mine. The

judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff

consented to receive text messages from Defendant, including whether consent was ever

revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or

was) on the Massachusetts or national do not call registries; and (4) whether the text messages

show any evidence of circumventing Plaintiff's use of caller

identification services or devices.

**REQUEST NO. 3:** Documents sufficient to prove that You are the regular user of the Telephone

Number (413-883-5580).

**RESPONSE NO. 3:** I object to this request because it's not relevant, it doesn't fit the limited

discovery allowed by the Court. The judge only approved a narrow set of questions, and this one

goes beyond that. Phase I discovery shall be limited to the following issues: (1) whether Plaintiff

consented to receive text messages from Defendant, including whether consent was ever

revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or

was) on the Massachusetts or national do not call registries; and (4) whether the text messages

show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**REQUEST NO. 4:** Documents sufficient to prove the date that You were first assigned the

Telephone Number (413-883-5580).

**RESPONSE NO. 4::** I object to this request because it's not relevant, it doesn't fit the limited

discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**REQUEST NO. 5:** Documents sufficient to prove that the Telephone Number (413-883-5580) has belonged to and been assigned to you at all times from February 15, 2021, through February 15, 2025.

**RESPONSE NO. 5::** I object to this request because it's not relevant, asks for too much information, and doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**REQUEST NO. 6:** All text messages and/or calls sent from SHEIN to You from February 15, 2021, through February 15, 2025.

**RESPONSE NO. 6::** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. When plaintiff receives the file which SHEIN refused to produce. I will supplement my answer with the documents. Also attached is 152 text messages without any opt out attached that SHEIN produced.

**REQUEST NO. 7:** All text messages and/or calls sent from You to SHEIN from February 15, 2021, through February 15, 2025.

**RESPONSE NO. 7: :** I object to this request because it's not relevant, asks for too much information, and doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices.

**REQUEST NO. 8:** Legible copies of the screenshots contained in Paragraph 8 of the Complaint.

**RESPONSE NO. 8:** See Attached and I object to this request because it's not relevant, asks for too much information, and doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that.

**REQUEST NO. 9:** A copy of all text messages and/or calls referenced in Paragraphs 9 and 10 of the Complaint.

**RESPONSE NO. 9::** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4) whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices. See attached.

**REQUEST NO. 10–12:** All documents and communications that You allege show evidence of SHEIN falsifying, displacing, or circumventing caller identification.

**RESPONSE NO. 10–12:** SHEIN used short code 86599 to send text messages. See attached text messages.

**REQUEST NO. 13:** Documents sufficient to prove any and all time period(s) that the Telephone Number (413-883-5580) was registered on the Massachusetts Do Not Call List.

**RESPONSE NO. 13:** See Attached Do Not Call Registry Document.

**REQUEST NO. 14:** Documents sufficient to prove any and all time period(s) that the Telephone Number (413-883-5580) was registered on the National Do Not Call Registry.

**RESPONSE NO. 14:** See Attached Do Not Call Registry Document.

**REQUEST NO. 15–16:** Any and all documents and communications in which You solicited or consented to calls or text messages from SHEIN.

**RESPONSE NO. 15–16:** None

**REQUEST NO. 17–18:** Any and all documents and communications which You allege constitute a revocation of any prior consent or solicitation.

**RESPONSE NO. 17–18::** None because I never gave Shein written consent

**REQUEST NO. 19:** Documents sufficient to identify all accounts You have had with SHEIN.

**RESPONSE NO. 19::** Plaintiff has no account with Shein.

**REQUEST NO. 20:** Documents sufficient to identify all purchases You have made from SHEIN.

**RESPONSE NO. 20::** Plaintiff has no receipts or transaction confirmations never purchased from Shein

**REQUEST NO. 21:** All documents and correspondence between You and SHEIN.

**RESPONSE NO. 21::** Plaintiff never communicated with Shein.


**REQUEST NO. 22–24:** All documents and correspondence between You and the National Consumer Law Center, any prior SHEIN litigants, or other individuals with knowledge of Phase I Issues.

**RESPONSE NO. 22–24:** : I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4)
whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices. Plaintiff will not be producing any documents for 22-24 its outside the court orders.


**REQUEST NO. 25:** A copy of any third-party templates or samples that You used in any way in drafting the Complaint.


**RESPONSE #25 :** I object to this request because it's not relevant, it doesn't fit the limited discovery allowed by the Court. The judge only approved a narrow set of questions, and this one

goes beyond that. In my Verified complaint I stated that I am the regular user. The judge approved: Phase I discovery shall be limited to the following issues: (1) whether Plaintiff consented to receive text messages from Defendant, including whether consent was ever revoked; (2) whether the text messages were unsolicited; (3) whether Plaintiff's number is (or was) on the Massachusetts or national do not call registries; and (4)

whether the text messages show any evidence of circumventing Plaintiff's use of caller identification services or devices. With that said see attached. And See Complaint. Plaintiff will not be producing any documents for 22-24 its outside the court orders.

Respectfully Submitted

Nicole Carter

16 Rochelle Street

Springfield, MA 01109

Nicolecarter7440@gmail.com

---

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th a true and correct copy of this document was served by email upon defendants attorney at the email address below:

Brian J. Bosworth (BBO # 685163)

HUNTON ANDREWS KURTH LLP

60 State Street, Suite 2400

Boston, MA 02109

(617) 648-2800

(617) 433-5022 (fax)

BBosworth@HuntonAK.com

---


## National Do Not Call Registry - Your Registration Is Confirmed
1 message

Verify@donotcall.gov <Verify@donotcall.gov>
To: nicolecarter7440@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5580 on January 31, 2025. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.



# Consumer Affairs and Business Regulation

| CONSUMER | BUSINESS | LICENSEE | GOVERNMENT |

**Mass.Gov Home**

Home

Welcome

---



# Do Not Call Program
## Welcome

Welcome to the Commonwealth of Massachusetts' **Do Not Call** Registration Site - our newest Internet application.

Signing up for Massachusetts' Do Not Call list:

- Identifies a residential phone number as one which **is not to receive telemarketing calls**.

- Is **free** and available for residential telephone customers in Massachusetts.

- **Will help reduce** (but not eliminate) telemarketing calls to your home.



| **Consumers** | **Solicitors** |
|---|---|
| **Enter Phone Number:** `413-883-5580` <br> (Enter dashes: 222-555-1212) <br><br> **I want to...** <br> ◯ **Register my phone number for the Do Not Call list.** <br> ◉ **Check registration status and effective date.** <br><br> **Continue...** | **Register to receive the Do Not Call list for the Commonwealth of Massachusetts.** <br><br> **Select business mailing address type...** <br> ◉ **Domestic mailing address.** <br> ◯ **International mailing address.** <br><br> **Continue...** |

© 2025 Commonwealth of Massachusetts

Site Policies        Contact Us

# Consumer Affairs and Business Regulation

**Mass.**Gov

| CONSUMER | BUSINESS | LICENSEE | GOVERNMENT |

**Mass.Gov Home**

Home

**Consumer Status**



# Do Not Call Program
## Consumer Status



**Consumer Status**

**Your phone number is on the Do Not Call list effective 01/01/2025.**

**To remove your number from the list,** download the printable form.

Exit

© 2025 Commonwealth of Massachusetts          Site Policies          Contact Us

DEF-000015