# EXHIBIT 3





















86599 9/24/23

SHEIN: SITEWIDE SALE!
FREE SHIPPING & the latest trends for UP TO 90% OFF! Bag up big savings today only: https://onelink.shein.com/0/23sep24a

86599 9/17/23

SHEIN: TODAY ONLY
Get UP TO 90% OFF top-rated fall essentials + FREE SHIPPING on ALL orders: https://onelink.shein.com/0/23sep17a

86599 9/10/23

SHEIN: YOUR SUNDAY SURPRISE
Style your spooky HALLOWEEN vibe with goods DOWN TO $0.49 + FREE SHIPPING: https://shein-sms.com/l/n8L/emlFm

86599 8/27/23

SHEIN: GOING, GOING, GONE
Shop our hottest styles for UP

---

86599 10/22/23

SHEIN: SAVE UP & SHIP OUT
Hurry, FREE SHIPPING SUNDAY is almost over! Load up on UP TO 90% OFF autumn essentials: https://shein-sms.com/l/VzQ/emlFm

86599 10/15/23

SHEIN: Fall for up to 90% OFF
Enjoy FREE SHIPPING ON E-V-E-R-Y-T-H-I-N-G! Expiring tonight, Hurry Now: https://onelink.shein.com/0/23oct15a

86599 10/8/23

SHEIN: THE SALE ENDS TODAY!
Last call for FREE SHIPPING on ALL orders & celebrate our milestone with UP TO 90% OFF: https://onelink.shein.com/0/23oct08a

86599 10/1/23

SHEIN: #SHEINAnniversary

---

86599 11/19/23

SHEIN: FREE SHIPPING on orders $9.9+!
BLACK FRIDAY PRESALE up to 90% OFF! Tap into the Holiday Sale guide! Only hours left: https://onelink.shein.com/0/23nov19a

86599 11/11/23

SHEIN: Only 8 HOURS LEFT
Over 400k+ fan favorites up to 90% OFF! Shop with FREE SHIPPING & EXTRA 15% OFF: https://shein-sms.com/l/3nK/emlFm

86599 11/5/23

SHEIN: Black Friday Early Access
Down to $0.08 + FREE shipping! It's time to treat yourself for the holidays. Sunday only: https://shein-sms.com/l/N1M/emlFm

86599 10/29/23

---

4/19/24

[SHEIN] YOU BETTA BOGO
BUY 1, GET 1 99% OFF! Save on spring blouses, dresses, sets, swim & more: https://shein.top/ino9e7w. Reply STOP to stop.

86599 3/30/24

SHEIN: We're getting a new number! Look out for next text from 8556974436. Questions? Customer Service: https://onelink.shein.com/0/support Text STOP to stop.

86599 11/27/23

SHEIN: CYBER SAVINGS LEFT SOON!
Up to 90% off & FREE SHIPPING on all orders! Shop best sellers with more extra coupons: https://onelink.shein.com/0/23nov27a

86599 11/24/23

SHEIN: Black Friday Kickoff!
UP TO 90% OFF with a side of

---

5/15/24

[SHEIN] ALL UNDER $1 ALERT
Stack up the steals with FREE SHIPPING when you shop NOW: https://shein.top/bb3m39t. Reply STOP to stop.

+1 (855) 697-4436 5/8/24

[SHEIN] SUPER SALE ENDS SOON!
FREE SHIPPING & UP TO 90% OFF! Shop dailydrops & bestsellers: https://shein.top/er4k5wn. Reply STOP to stop.

+1 (855) 697-4436 5/1/24

[SHEIN] SurPRIZE DAY COUPON BUNDLE totaling $100! Enjoy with UP TO 90% OFF & FREE SHIPPING: https://shein.top/k2ygdl0. Reply STOP to stop.

+1 (855) 697-4436 4/26/24

[SHEIN] Up to 90% OFF!
Save in summer with 30K NEW DROPS and MARKDOWNS on

---

+1 (855) 697-4436 6/26/24

[SHEIN] QUICK THINKING
Our $0.49 & UP FLASH SALE is ALMOST OVER! Beat the clock with FREE SHIPPING: https://s.pro/1/4luo1o. Reply STOP to stop.

+1 (855) 697-4436 6/19/24

[SHEIN] BLINK & MISS IT
Uh oh, our SUMMER SALE ENDS SOON! Don't let the sun set on up to 90% OFF: https://s.pro/1/4djzyb. Reply STOP to stop.

+1 (855) 697-4436 5/29/24

[SHEIN] FINAL HRS TO SAVE!
The countdown is on: FREE SHIPPING for orders $9.90+ & Flash Sale down to $0.49: https://s.pro/1/3n4z2d. Reply STOP to stop.

+1 (855) 697-4436 5/22/24

[SHEIN] Up to 80% OFF

---

80607 10/18/24

[SHEIN] JUST HRS LEFT
Spooky savings UP TO 90% OFF ends soon! Don't let your wishlist be a missed list: https://s.pro/1/8sxb8t. Reply STOP to stop.

80607 10/9/24

[SHEIN] The FLASH SALE is ON!
Start your savings speed-run & clear your cart with FREE SHIPPING: https://s.pro/1/8bgfrk. Reply STOP to stop.

80607 9/25/24

[SHEIN] Exclusive Offer ENDS SOON!
NEW FALL trends up to 90% OFF+FREE SHIPPING! Fall into major deals: https://s.pro/1/7oybbm. Reply STOP to stop.

+1 (855) 697-4436 7/3/24

[SHEIN] Less than 10 hrs
BOGO 99% OFF & FREE

---

80607 10/18/24

[SHEIN] JUST HRS LEFT
Spooky savings UP TO 90% OFF ends soon! Don't let your wishlist be a missed list: https://s.pro/1/8sxb8t. Reply STOP to stop.

80607 10/9/24

[SHEIN] The FLASH SALE is ON!
Start your savings speed-run & clear your cart with FREE SHIPPING: https://s.pro/1/8bgfrk. Reply STOP to stop.

80607 9/25/24

[SHEIN] Exclusive Offer ENDS SOON!
NEW FALL trends up to 90% OFF+FREE SHIPPING! Fall into major deals: https://s.pro/1/7oybbm. Reply STOP to stop.

+1 (855) 697-4436 7/3/24

[SHEIN] Less than 10 hrs
BOGO 99% OFF & FREE

---

80607 11/13/24

[SHEIN] LAST CALL
Bundle SUPER DEALS DOWN TO $0.49 with FREE SHIPPING before someone else does: https://s.pro/1/a43gbw. Reply STOP to stop.

80607 11/6/24

[SHEIN] HRS LEFT: FREE SHIPPING
BLACK FRIDAY EARLY ACCESS is coming in hot with UP TO 90% OFF: https://s.pro/1/9qa3aq. Reply STOP to stop.

80607 10/30/24

[SHEIN] UP TO 90% OFF
Lock in FREE SHIPPING for Black Friday pre-sale on orders of $9.90+: https://s.pro/1/9dt4tu. Reply STOP to stop.

80607 10/23/24

[SHEIN] Early Access: #SHEINBlackFriday
FREE SHIP & 500K+ items up to

