# EXHIBIT 4

# BOOST MOBILE BILL



## Account Summary

**boost ELEVATE**

| | | |
|---|---|---|
| Customer: NICOLE CARTER | Address Line 1: 16 Rochelle St | Billing: Prepaid |
| Cust ID: 835016222260239 | Address Line 2: | Migrated: No |
| Status: Active | City: Springfield | Balance Due: $122.48 |
| Email: nicolecarter2369@gmail.com | State: MA | Due Date: 07/21/2025 |
| Language: English | Zip: 01109 | AutoPay: Enabled |

Add Line

(413) 883-5580
Status: Active
Activated: 12/20/2024
Network: BTN (Black) SIM

Apple IPHONE 13 (A2482)
Upgrade Eligible on 09/16/2025
IMEI: **********3383
SIM: 8901410733406 2475496
Activated: 12/20/2024

**Plan:** $0.00 - Unlimited Premium.
**Extras:** $10.00 High Speed Data 10GB, $12.00 Boost Protect with AppleCare Services, $0.00 $0 Global Talk & Text, $0.00 $0 North America Connect, $0.00 $0 Data Hotspot

Back