UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEIN US SERVICES, LLC,<br><br>    Defendant. | Civil Action No. 25-cv-10447-MGM |

AMENDED SCHEDULING ORDER

July 16, 2025

MASTROIANNI, U.S.D.J.

The following schedule is entered:

1. Phase I discovery shall be completed by **August 22, 2025**.

2. Following Phase I discovery, a status conference will be held by telephone on **August 26, 2025 at 11:00 a.m**. At this conference, the parties should inform the court whether they intend to move for summary judgment on any Phase I issues. If they do not, the court shall set further case management deadlines.

3. Dispositive motions on Phase I, if any, shall be filed by **September 26, 2025**. Oppositions shall be filed by **October 27, 2025**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

4. If necessary, a hearing on any Phase I dispositive motion will be scheduled at the discretion of the court.

It is So Ordered.

                                                /s/ Mark G. Mastroianni
                                                MARK G. MASTROIANNI
                                                United States District Judge