UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE CARTER,<br><br>  Plaintiff,<br><br>  v.<br><br>SHEIN US SERVICES, LLC,<br><br>  Defendant. | Civil Action No. 25-cv-10447-MGM |

## ORDER REGARDING MOTION TO EXTEND DISCOVERY

August 22, 2025

MASTROIANNI, U.S.D.J.

 After considering Defendant's motion and the exhibits annexed thereto, the court finds it appropriate to extend the discovery deadlines in this case for the sole purpose of completing Plaintiff's inappropriately terminated deposition. (Dkt. Nos. 34, 35, & 36.) Accordingly, Plaintiff is ordered to attend and complete her deposition by **September 5, 2025**. Plaintiff is cautioned that further discovery misconduct could lead to sanctions, including potentially dismissal of this action. An amended scheduling order shall issue shortly.

 It is So Ordered.

/s/ Mark G. Mastroianni   
MARK G. MASTROIANNI
United States District Judge
