UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICOLE CARTER,<br><br> Plaintiff,<br><br> v.<br><br>SHEIN US SERVICES, LLC,<br><br> Defendant. | Civil Action No. 25-cv-10447-MGM |

AMENDED SCHEDULING ORDER

August 27, 2025

MASTROIANNI, U.S.D.J.

 The following schedule is entered:

1.  Phase I discovery shall be completed by **September 5, 2025**.

2.  Dispositive motions on Phase I, if any, shall be filed by **October 3, 2025**. Oppositions shall be filed by **November 3, 2025**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

3.  If necessary, a hearing on any Phase I dispositive motion will be scheduled at the discretion of the court.

It is So Ordered.

            /s/ Mark G. Mastroianni
            MARK G. MASTROIANNI
            United States District Judge